# MEMORANDUM OPINIONS

PEOPLE *v.* YANCER.   Appeal from Saginaw, Eugene Snow Huff, J. Submitted Division 3 October 6, 1971, at Lansing.   (Docket No. 8019.)   Decided October 28, 1971.   Leave to appeal denied, 387 Mich 780.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *George E. Thick II,* Prosecuting Attorney, and *David W. Oberschmidt,* Assistant Prosecuting Attorney, for the people.

*Henry L. Greenwood,* for defendant on appeal.

Before: QUINN, P. J., and DANHOF and TARGONSKI, JJ.

MEMORANDUM OPINION.   Defendant was convicted by a jury of second-degree murder; he was sentenced, and he appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.